

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-13-00571-CR & 04-13-00572-CR

Fernando **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court Nos. 12-1791-CR & 12-2454-CR-C
Honorable William Old, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED September 17, 2014.

_____
Luz Elena D. Chapa, Justice